UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT DANIEL QUISENBERRY,

    Plaintiff,

v.                                             Case No. 08-C-323

BRYANTS RESIDENTS,

    Defendant.

**ORDER**

Plaintiff has filed a complaint and also seeks leave to proceed *in forma pauperis*. The complaint is suggestive of a dispute the plaintiff may have had with Social Security about his proper address. Beyond that, the complaint is not intelligible and clearly does not set forth any basis for relief.

This is now the third complaint filed by the plaintiff this year that the court has dismissed for failure to state a claim. The plaintiff is hereby warned that further frivolous filings may warrant the imposition of monetary or other sanctions. A federal lawsuit is a serious proposition, and repeated unmeritorious filings distract the court's attention from more pressing matters. *See Support Sys. Int'l, Inc. v. Mack,* 45 F.3d 185, 188 (7th Cir. 1995).

The motion to proceed *in forma pauperis* is **DENIED** and the case is **DISMISSED**.

**SO ORDERED** this   21st   day of April, 2008.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge